

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00148-CR

RYAN M. TUTTLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 7th District Court
Smith County, Texas
Trial Court No. 007-0911-12

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Jennifer Lowrance recorded the trial court proceedings in cause number 06-13-00148-CR, styled *Ryan M. Tuttle v. The State of Texas*, trial court cause number 007-0911-12, in the 7th Judicial District Court of Smith County, Texas. The reporter's record was originally due in this case August 5, 2013, and after two extensions, was currently due to be filed by October 4, 2013. We granted the first two motions, and stated in our disposition of the second motion that no more extensions would be granted.

Lowrance has now filed a third motion, requesting an additional thirty-day extension to prepare and file the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

The motion to extend time is overruled. We, therefore, order Jennifer Lowrance to file the reporter's record in cause number 06-13-00148-CR, to be received by this Court no later than Monday, November 4, 2013.

If the record is not received by November 4, we warn Lowrance that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.


BY THE COURT

Date:    October 15, 2013